AO 91 (Rev.11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DOUGLAS SCHEELS<br><br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>6:15-mj- 1052 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of <u>November 10, 2014 continuing until at least January 11, 2015</u> in the county of <u>Seminole</u> in the <u>Middle</u> District of <u>Florida</u>, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of sexually explicit material using a minor |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Rod Hyre, Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: February 3, 2015

_____
Judge's signature

City and state: Orlando, FL        GREGORY J. KELLY, U.S. Magistrate Judge

STATE OF FLORIDA  CASE NO. 6:15-mj- *1052*

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Rod Hyre, being duly sworn, do hereby depose and state as follows:

1. For the past thirteen years, I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI). I currently serve as the coordinator for the FBI Crimes Against Children / Innocent Images Unit in Orlando.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child exploitation, child pornography, and online solicitation and enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including but not limited to violations of 18 U.S.C. §§ 2251(a), 2252, and 2252A. I have also participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers and cellular phones are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3. This affidavit is submitted in support of an application for the issuance of an arrest warrant for Douglas Scheels ("SCHEELS"). As set forth in more detail below, I believe there is probable cause that SCHEELS committed violations of 18 U.S.C. §§ 2251(a) and 2252(a)(5)(B).

4. I make this affidavit from personal knowledge based on my participation in

1

this investigation, information from other criminal investigators and law enforcement officers, information from witness interviews, information from agency reports, and the review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of an arrest warrant, I have not set forth each and every fact learned during the course of this investigation.

## STATUTORY AUTHORITY

5.      Title 18, United States Code, Section 2251(a), prohibits a person from knowingly employing, using, persuading, inducing, enticing, or coercing a minor to engage in, in or affecting interstate or foreign commerce, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct.

6.      Title 18, United States Code, Section 2252A(a)(5)(B), prohibits a person from knowingly possessing, or knowingly accessing with the intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that has been produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

7.      The following definitions apply to this Affidavit:

   a.   "Minor" means any person under the age of eighteen years.  18 U.S.C. § 2256(1).

b.  "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons.   18 U.S.C. § 2256(2).

c.  "Child pornography" means [in part] any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct. . . . "   18 U.S.C. § 2256(8) (note that "sexually explicit conduct" has slightly different definitions as applied to the definition of "child pornography" as opposed to other statutes within Chapter 110 of Title 18).

d.  "Computer" means any electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator, or other similar device.   18 U.S.C. § 2256(6) (referencing 18 U.S.C. § 1030(e)(1)).

## DETAILS OF THE INVESTIGATION

8.  On January 11, 2015, Sanford Police Department Investigator Matthew Walker and Seminole County Child Protective Investigator (CPI) Rebecca Knapp responded to a residence in Sanford, Florida, in reference to a report concerning illicit images of a minor.   Sanford is in Seminole County within the Middle District of Florida. At the residence, investigators made contact with K.S., the spouse of SCHEELS.   K.S.

3

advised that K.S. had discovered nude photographs of a minor ("minor victim"), who was known to both SCHEELS and K.S. to be fourteen years old, on SCHEELS's HTC cellular telephone. K.S. indicated that SCHEELS is K.S.'s spouse. I know from my training and experience that the HTC cellular telephone was manufactured outside the state of Florida and also is considered a facility of interstate commerce. I also believe that the HTC cellular telephone constitutes a computer under federal law.

9. K.S. stated that the minor victim and SCHEELS had been sleeping in the same bed together for approximately one year. K.S. added that on January 11, 2015, K.S. became aware of sexual activity between SCHEELS and the minor victim.

10. CPI Knapp made contact with K.S. and the minor victim. The minor victim confirmed that SCHEELS had taken the pornographic images of the minor victim that were found on SCHEELS's cellular telephone. Before making this and other admissions, the minor victim initially denied having sexual contact with SCHEELS.

11. On January 13, 2015, K.S. contacted law enforcement and provided that the minor victim had confirmed that the pictures of the minor victim found on SCHEEL's HTC cellular telephone in which the minor victim had an adult male's penis in the minor victim's mouth were taken by SCHEELS. The minor victim also admitted to K.S. that the penis in the picture was that of SCHEELS.

12. SCHEELS was advised of his <u>Miranda</u> rights and interviewed by Investigator Walker. SCHEELS denied any wrong doing or any knowledge of the images on his phone. SCHEELS was arrested on Lewd and Lascivious battery charges by the Sanford Police Department.

13. Investigator Walker sought and was granted a search warrant by Seminole County Court for the search of SCHEELS's HTC cellular telephone.

14. I have observed images gathered from the partial examination of

4

SCHEELS' HTC cellular telephone.  There is an image showing SCHEELS' and the minor victim's face on November 14, 2014 at 10:33 a.m.  Images taken over the next 22 minutes on November 14, 2014, include 19 images showing the child victim either naked, in under garments, or engaged in a sex act with SCHEELS.  Nine of these images are of child pornography and also show the minor victim engaged in sexually explicit conduct with SCHEELS.  I have also observed 6 images of the minor victim which were taken on November 10, 2014, showing the minor victim masturbating.  Based on my training and experience, I believe that the nine images taken on November 14, 2014, and the six images taken on November 10, 2014, are "child pornography" and show "sexually explicit conduct" as defined in 18 U.S.C. § 2256.  The following provides information regarding three of those images:

      a.    Image 1:  A picture taken on November 10, 2014 shows the minor victim lying on the minor victim's back on the minor victim's bed, while masturbating with the minor victim's groin area exposed.  The minor victim's face is also visible.

      b.    Image 2:  A picture taken on November 14, 2014 shows the minor victim with an adult male's penis in the minor victim's mouth.  The minor victim confirmed the penis in the picture was that of SCHEELS.

      c.    Image 3:  A picture taken on November 14, 2014 shows the minor victim with an adult male's penis in the minor victim's mouth.  The minor victim confirmed the penis in the picture was that of SCHEELS.

15.    Based on the above information, I believe there is probable cause to believe that SCHEELS violated 18 U.S.C. §§ 2251(a) and 2252A(a)(5)(B).

16.     This concludes my affidavit.

Respectfully Submitted,

_____
Rod Hyre
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this ___3rd___ day of February, 2015.

_____
The Honorable Gregory J. Kelly
United States Magistrate Judge

6