September 21, 2015

The Honorable Carlos E. Mendoza
United States District Judge
401 West Central Boulevard
Orlando, Florida 32801

My name is Lenore Scheels and I am the mother of Douglas Scheels. I live in Winter Springs, Florida where I have lived since 1977. I am currently retired from Ernest Products where I was employed for the last fifteen years. Douglas' father, Ronald Leroy Scheels, and I decided to move to Florida from Wisconsin to join the Rolling Hills Community Church in Zellwood, Florida.

His father, Ronald Leroy Scheels committed suicide by inflicting a gunshot wound to his head. This happened when Douglas was only nine years old. It was very difficult having to raise two young boys on my own, not having any family in the area. I know the impact of having the only male role model in his life being taken away from him must have impacted my young son.

I worked and did my best to raise my two boys. Since we did not have any family in the area, our neighbors helped us get through this very difficult time. In return, Douglas helped the neighbors by cutting their lawn or help them repair things around the house.

After high school, Douglas wanted to serve this country, so joined the U.S. Marine Corps in 1997. He was stationed one year in Japan and then returned to California. He called every day to see how I was doing or to ask for a recipe to make for dinner. He has always been very attentive to my needs. As an adult, we always kept in constant touch.

Your honor, I am aware my son as plead guilty for possession and receipt of child pornography. I do not condone this behavior and I understand that he must pay for this behavior, yet, that does not stop me from being his mother and loving him.

I ask your Honor that you please have mercy on him when he appears before you for sentencing.

Sincerely,

*Lenore Scheels*

Lenore Scheels