
Family photo: Douglas Scheels with mom, Lenore Scheels and brother, Clinton Scheels.


Douglas Scheels with his mom, Lenore Scheels and brother, Clinton Scheels.