

DOUGLAS SCHEELS, UNITED STATES MARINE CORPS., 1997