October 6, 2015

The Honorable Carlos E. Mendoza
United States District Judge
401 West Central Boulevard
Orlando, Florida 32801

My name is Matthew Martin and I am a friend of Douglas Scheels. I am in the Automotive industry and have been for 26 years as an auto Painter currently employed at headquarter hyundai where I have been for 2 years. I have met Douglas in 2004 when he and his family moved next door to live with his mother after he left the military. Douglas and I quickly became friends and maintained a relationship throughout the years. Douglas has always been there to help others. I remember when I wanted to do my back yard over Douglas has mentioned that he had some exsperience in landscaping and offerd to design and landscape the yard at no charge. All that he asked is that his kids can use the pool. Douglas is also good at computers which he has helped me on more then one occasion for hours on end and not expecting anything in return. When Douglas and family has purchased his home, he has gotten himself involved in the community and became a member in his homeowners association.

Unfortunately, Douglas has made some poor choices which have placed him before the court. I am aware he has pled guilty for possession and receipt of child pornography. Having plead guilty to these crimes do not change my views of my friend Douglas.

Sincerely

Matthew Mart

FILED

OCT 16 2015

FEDERAL PUBLIC DEFENDER
ORLANDO, FLORIDA