9/2/15

To Whom It May Concern:

I met Douglas Scheel When he and his family moved in next door at his moms home. I may not have know him well but he was always Very nice and was always there for his children. We would chat whenever we saw each other outside or when he came over to borrow tools. His Very Smart as is really a Very Nice guy.

Joan Crosby
519 Lombardy Rd.
Winter Springs, Fl
32708